Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER  8, 2022

#### Chapter 13 Case # 19-10469

Re:   BRUCE DUDLEY WASHINGTON              Atty:   WILLIAM L PEGG JR
      138 MONTGOMERY AVE                           133 WASHINGTON STREET
      IRVINGTON, NJ  07111                         MORRISTOWN, NJ  07960

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/07/2019 | $245.78 | 108176650681 | 03/12/2019 | $245.78 | 108176759592 |
| 04/10/2019 | $245.78 | 108438563035 | 05/09/2019 | $245.78 | 108438615670 |
| 06/11/2019 | $245.78 | 108438669108 | 07/09/2019 | $245.78 | 108438728255 |
| 08/09/2019 | $245.78 | 108438745151 | 09/11/2019 | $248.78 | 108560867206 |
| 10/09/2019 | $248.78 | 108560872827 | 11/13/2019 | $248.78 | 108570472032 |
| 12/13/2019 | $248.78 | 108646642137 | 01/07/2020 | $248.78 | 108646621920 |
| 02/11/2020 | $248.78 | 108646675346 | 03/10/2020 | $248.78 | 108753157843 |
| 04/09/2020 | $248.78 | 108753169316 | 05/08/2020 | $248.78 | 108646663103 |
| 06/09/2020 | $248.78 | 108753209477 | 07/07/2020 | $248.78 | 108339608234 |
| 08/13/2020 | $248.78 | 108339604450 | 09/09/2020 | $248.78 | 108339657624 |
| 10/14/2020 | $248.78 | 108339593120 | 11/12/2020 | $248.78 | 108427540287 |
| 12/08/2020 | $248.78 | 108860850219 | 01/25/2021 | $248.78 | 108860839692 |
| 02/10/2021 | $248.78 | 108753181482 | 03/09/2021 | $248.78 | 108860825139 |
| 04/15/2021 | $248.78 | 108860831475 | 05/11/2021 | $248.78 | 108339615890 |
| 06/10/2021 | $248.78 | 108860847667 | 07/08/2021 | $248.78 | 108795096290 |
| 08/10/2021 | $248.78 | 108795068030 | 09/14/2021 | $248.78 | 108954005644 |
| 10/13/2021 | $248.78 | 108963697821 | 11/09/2021 | $248.78 | 10896365939 |
| 12/09/2021 | $248.78 | 108963665305 | 01/11/2022 | $248.78 | 108727642793 |
| 02/10/2022 | $248.78 | 108727621024 | 03/08/2022 | $248.78 | 108727616030 |
| 04/08/2022 | $248.78 | 108727609540 | 05/26/2022 | $248.78 | 108963677284 |
| 06/07/2022 | $248.78 | 109010042471 | 07/13/2022 | $248.78 | 109010072270 |
| 08/09/2022 | $248.78 | 109010066561 | 09/07/2022 | $248.78 | 109058701554 |

**Total Receipts: $10,925.32  -  Amount Refunded to Debtor: $67.48  =  Receipts Applied to Plan:  $10,857.84**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 611.85 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-10469**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 446.58 | 100.00% | 446.58 | 0.00 |
| 0002 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRE | 8,799.41 | 100.00% | 8,799.41 | 0.00 |

**Total Paid: $10,857.84**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 07/15/2019 | $8.08 | 829545 | 08/19/2019 | $11.40 | 831532 |
| | 09/16/2019 | $11.40 | 833542 | 10/21/2019 | $11.84 | 835571 |
| | 11/18/2019 | $11.39 | 837642 | 12/16/2019 | $11.39 | 839567 |
| | 01/13/2020 | $11.39 | 841441 | 02/10/2020 | $11.39 | 843329 |
| | 03/16/2020 | $11.39 | 845248 | 04/20/2020 | $11.39 | 847188 |
| | 05/18/2020 | $10.81 | 849055 | 06/15/2020 | $10.81 | 850747 |
| | 07/20/2020 | $11.11 | 852559 | 08/17/2020 | $11.11 | 854422 |
| | 09/21/2020 | $11.12 | 856251 | 10/19/2020 | $11.11 | 858117 |
| | 11/16/2020 | $11.12 | 859906 | 12/21/2020 | $11.11 | 861735 |
| | 01/11/2021 | $11.12 | 863501 | 02/22/2021 | $11.11 | 865230 |
| | 03/15/2021 | $11.12 | 867039 | 04/19/2021 | $11.11 | 868761 |
| | 05/17/2021 | $11.12 | 870651 | 06/21/2021 | $11.30 | 872453 |
| | 07/19/2021 | $11.29 | 874238 | 08/16/2021 | $11.30 | 875928 |
| | 09/20/2021 | $11.29 | 877674 | 10/18/2021 | $11.30 | 879426 |
| | 11/17/2021 | $11.41 | 881140 | 12/13/2021 | $11.42 | 882767 |
| | 01/10/2022 | $11.41 | 884415 | 02/14/2022 | $11.42 | 886116 |
| | 03/14/2022 | $11.41 | 887821 | 04/18/2022 | $11.60 | 889556 |
| | 05/16/2022 | $11.59 | 891239 | 06/20/2022 | $11.60 | 892941 |
| | 07/18/2022 | $11.59 | 894625 | 08/15/2022 | $11.60 | 896213 |
| | 09/19/2022 | $11.59 | 897822 | 10/17/2022 | $8.52 | 899472 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | | | | | | |
| | 07/15/2019 | $159.13 | 829672 | 08/19/2019 | $224.55 | 831673 |
| | 09/16/2019 | $224.55 | 833671 | 10/21/2019 | $233.21 | 835707 |
| | 11/18/2019 | $224.45 | 837771 | 12/16/2019 | $224.45 | 839686 |
| | 01/13/2020 | $224.45 | 841569 | 02/10/2020 | $224.45 | 843450 |
| | 03/16/2020 | $224.45 | 845371 | 04/20/2020 | $224.45 | 847310 |
| | 05/18/2020 | $213.09 | 849159 | 06/15/2020 | $213.09 | 850846 |
| | 07/20/2020 | $219.01 | 852675 | 08/17/2020 | $219.01 | 854531 |
| | 09/21/2020 | $219.00 | 856369 | 10/19/2020 | $219.01 | 858226 |
| | 11/16/2020 | $219.00 | 860008 | 12/21/2020 | $219.01 | 861850 |
| | 01/11/2021 | $219.00 | 863596 | 02/22/2021 | $219.01 | 865359 |
| | 03/15/2021 | $219.00 | 867139 | 04/19/2021 | $219.01 | 868886 |
| | 05/17/2021 | $219.00 | 870754 | 06/21/2021 | $222.55 | 872568 |
| | 07/19/2021 | $222.56 | 874345 | 08/16/2021 | $222.55 | 876037 |
| | 09/20/2021 | $222.56 | 877797 | 10/18/2021 | $222.55 | 879540 |
| | 11/17/2021 | $224.93 | 881251 | 12/13/2021 | $224.92 | 882868 |
| | 01/10/2022 | $224.93 | 884519 | 02/14/2022 | $224.92 | 886232 |
| | 03/14/2022 | $224.93 | 887929 | 04/18/2022 | $228.47 | 889666 |
| | 05/16/2022 | $228.48 | 891345 | 06/20/2022 | $228.47 | 893058 |
| | 07/18/2022 | $228.48 | 894725 | 08/15/2022 | $228.47 | 896312 |
| | 09/19/2022 | $228.48 | 897934 | 10/17/2022 | $167.78 | 899575 |

**Chapter 13 Case # 19-10469**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 08, 2022.

Receipts: $10,857.84     -     Paid to Claims: $9,245.99     -     Admin Costs Paid: $1,611.85     =     Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00          +     Unpaid Trustee Comp: $0.00               =     Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.